UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETTER GALABY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00247-JLT-CDB<br><br>ORDER ON STIPULATION FOR TEMPORARY ABEYANCE<br><br>ORDER REQUIRING PARTIES TO FILE A JOINT STATUS REPORT<br><br>(Doc. 15) |

Plaintiff Peter Galaby initiated this action on February 27, 2024.  (Doc. 1).  Plaintiff claims that Defendants have violated the Administrative Procedure Act ("APA") by failing to schedule his asylum application for an interview, which has been pending for over seven years. *Id*. ¶ 7.  Plaintiff seeks to compel Defendants, through a writ of mandamus, to schedule an interview for his pending asylum application. *Id*.

Pending before the Court is the parties' stipulated request, filed April 22, 2024, for order of temporary abeyance.  (Doc. 15).  The parties represent in their stipulation that the U.S. Citizenship and Immigration Services ("USCIS") has scheduled Plaintiff's asylum interview for September 11, 2024. *Id*.  The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, which it endeavors to do within 120 days.  The parties request that this matter be held in abeyance until January 9, 2025.  The parties also request that all filing and case management deadlines be vacated. *Id*.

/ / /

/ / /

Accordingly, in light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. With the exception of the filing requirement below, all other filing requirements and case management dates are VACATED; and
2. The parties shall file a joint status report on or before January 9, 2025, addressing the status of this case.  Unless Plaintiff challenges the timeliness of Defendants' response to the complaint, the parties shall identify in their joint report (1) a date by which Defendants shall respond to the complaint, and (2) two dates of mutual availability within 30 days thereafter to convene for a scheduling conference as necessary.

IT IS SO ORDERED.

Dated:  **April 23, 2024**

UNITED STATES MAGISTRATE JUDGE